AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ADHIAMBO MITCHELL,
*Plaintiff(s)*

v.

777 FULTON ST LLC AND HGBROOKLYN CORP,
*Defendant(s)*

Civil Action No. 1:25-cv-04200

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE RIDER ON FOLLOWING PAGE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Hanski, Esq.
Hanski Partners LLC
4 International Drive, Suite 110
Rye Brook, NY 10573
rgh@disabilityrightsny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney

*CLERK OF COURT*

Date: 7/30/2025

s/ *Kimberly Davis*

*Signature of Clerk or Deputy Clerk*

RIDER TO SUMMONS

The following are the names and service addresses of the defendants for the Summons.

        777 FULTON ST LLC
        777 FULTON STREET
        BROOKLYN, NY, UNITED STATES, 11217


        HGBROOKLYN CORP
        c/o MURAT UYAROGLU
        1127 GLENWOOD ROAD
        BROOKLYN, NY, UNITED STATES, 11230